PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kevin Thomas Kirsch**

**Docket No. 0:02CR00288-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Thomas Kirsch** who was sentenced for Conspiracy to Defraud the Government and False Statements to a Federal Agency on October 17, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol
- Participate in alcohol treatment program
- No new credit
- No employment with fiduciary responsibilities
- Restitution in the amount of $751,757.59

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Due to the amount of restitution owed by the defendant, it is requested that the Court respectfully modify the conditions as indicated below.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

ORDER OF THE COURT

Considered and ordered this 30th day of March, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature] for

Aaron R. Rotering
U.S. Probation Officer

Executed on March 28, 2006
Place Fergus Falls

SCANNED
MAR 30 2006
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission