# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3696

| | | |
|---|---|---|
| United States of America, | * | 02-CR-288 PAM/RLE |
| Appellee, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Kevin Thomas Kirsch, | * | |
| Appellant. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

June 13, 2006

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
JUL 11 2006
U.S. DISTRICT COURT MPLS

[illegible] OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans