PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kevin Thomas Kirsch**

**Docket No. 0:02CR00288-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Thomas Kirsch** who was sentenced for Conspiracy to Defraud the Government and two counts of False Statement to a Federal Agency on October 17, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Abstain from alcohol; participate in alcohol treatment program; no mandatory drug testing; no new credit; no employment with fiduciary responsibilities; no firearms or dangerous weapons; and pay $751,757.59 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On April 18, 2007, in Crow Wing County, Minnesota, the defendant was arrested for Driving While Intoxicated. The defendant admitted consuming alcohol on the date of this offense. Court is pending on this matter.

SCANNED
MAY 14 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 11th day of May, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Aaron R. Rotering
U.S. Probation Officer
Telephone: 218-739-0042

Executed on May 10, 2007
Place Fergus Falls

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission