Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Kevin Thomas Kirsch

Docket No. 0:02CR00288-001(PAM)

## HEARING WAIVER

I, Kevin Kirsch, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 30 days in the electronic monitoring program.

Signed: [signature]

Supervised Releasee

[signature]

Witness: Aaron Rotering

Dated: 4/25/07

SCANNED
MAY 14 2007
U.S. DISTRICT COURT ST. PAUL