PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kevin Thomas Kirsch**

**Docket No. 0:02CR00288-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Thomas Kirsch** who was sentenced for Conspiracy to Defraud the Government and two counts of False Statement to a Federal Agency on October 17, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; participate in alcohol treatment program; no mandatory drug testing; no new credit; no employment with fiduciary responsibilities; no firearms or dangerous weapons; and pay $751,757.59 restitution

30 days alcohol monitoring (modified May 11, 2007, for DWI and alcohol use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On June 6, 2007, the defendant submitted to an alcohol test which revealed a .014 blood alcohol content.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
JUN 27 2007
U.S. DISTRICT COURT ST. PAUL

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing. (This term of monitoring will be consecutive to the 30 days ordered on May 11, 2007.)

ORDER OF THE COURT

Considered and ordered this 27th day of June, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Aaron R. Rotering
U.S. Probation Officer
Telephone: 218-739-0042

Executed on June 26, 2007
Place Fergus Falls

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission