Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kevin Thomas Kirsch

Docket No. 0:02CR00288-001

## HEARING WAIVER

I, Kevin Thomas Kirsch, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will [redacted] be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing. (This term of monitoring will be consecutive to the 30 days ordered on May 11, 2007)

Signed: ______________________
Kevin Thomas Kirsch
Supervised Releasee

Dated: 6-19-07

Witness: ______________________
Aaron Rotering
U.S. Probation Officer

SCANNED
JUN 27 2007
U.S. DISTRICT COURT ST. PAUL