PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 29 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**United States v. Kevin Thomas Kirsch**

**Docket No. 0:02CR00288-001(PAM)**

**Order to Clarify Restitution Order**

COMES NOW **Aaron R. Rotering,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kevin Thomas Kirsch** who was sentenced for Conspiracy to Defraud the Government and two counts of False Statement to a Federal Agency on October 17, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No firearms; mandatory drug testing; abstain form alcohol; alcohol treatment and testing; no new credit; no employment with fiduciary responsibilities; and restitution of $751,757.59 at $250 monthly
>
> Provide financial information (modified March 30, 2006, due to amount of restitution owed)
>
> 30 days remote alcohol monitoring (modified May 11, 2007, due to DWI charge)
>
> 60 days remote alcohol monitoring (modified June 27, 2007, due to alcohol use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> CRIMINAL MONETARY PENALTIES: Payments of not less than $250 per month are to be made over a period of 3 years commencing 30 days after release from confinement. Restitution is due and payable immediately. Interest and penalties on this amount are waived pursuant to 18 U.S. C. § 3612(f)(3).

PRAYING THAT THE COURT WILL ORDER That the Schedule of Payments section of the Court Order be modified to include the following.

SCANNED
APR 30 2008
U.S. DISTRICT COURT ST. PAUL

Payment is due in monthly installments of not less than $25 per month commencing 30 days after the date of this Judgment. Payments are to be made payable to the Clerk, U.S. District Court, for disbursement to the victim. Interest and penalties on this amount are waived pursuant to 18 U.S. C. § 3612(f)(3).

ORDER OF THE COURT

Considered and ordered this 25th day of April, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Aaron R. Rotering
U.S. Probation Officer
Telephone: 612-664-5409

Executed on April 23, 2008
Place Fergus Falls

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission